1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169, Ext. 13
   Facsimile: (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5

6  Attorneys for Mr. Mario Barron-Galvan

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

                   (**HONORABLE MARILYN L. HUFF**)
10

11 UNITED STATES OF AMERICA,       )   CASE NO.  07cr3469-H
                                   )
12                                 )   DATE:     January 22, 2008
                                   )   TIME:     2:00 p.m.
13                Plaintiff,       )
   v.                              )   NOTICE OF MOTIONS:
14                                 )
                                   )   (1)  TO COMPEL DISCOVERY;
15 MARIO BARRON-GALVAN,            )   (2)  TO DISMISS INDICTMENT DUE
                                   )        TO MISINSTRUCTION;
16                Defendant.       )   (3)  TO DISMISS INDICTMENT FOR
                                   )        FAILURE TO ALLEGE ELEMENTS
17                                 )   (4)  TO STRIKE SURPLUSAGE; AND,
                                   )   (5)  FOR LEAVE TO FILE FURTHER
18 _____ )        MOTIONS
                                          _____
19

20 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
21       WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

22       PLEASE TAKE NOTICE that on January 22, 2008, at 2:00 p.m., or as soon thereafter

23 as counsel may be heard, the defendant, Mario Barron-Galvan, by and through his counsel,

24 Robert Rexrode, will ask this Court to enter an order granting the following motions.

25                              **MOTIONS**

26       The defendant, Mario Barron-Galvan, by and through his attorney, Robert Rexrode,

27 pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all

28 other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery;
2) to dismiss the indictment due to misinstruction;
3) to dismiss the indictment for failure to allege elements;
4) to strike surplusage; and,
4) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: January 8, 2008

/s/ Robert H. Rexrode
**ROBERT H. REXRODE, III**
Attorneys for Mr. Barron-Galvan
robert_rexrode@rexrodelawoffices.com