1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169, Ext. 13
   Facsimile: (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorneys for Mr. Mario Barron-Galvan
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                    (**HONORABLE MARILYN L. HUFF**)
10

11 | UNITED STATES OF AMERICA,      ) CASE NO.  07cr3469-H
                                   )
12 |                                ) DATE:  **January 28, 2008**
                                   ) TIME:  2:00 p.m.
          Plaintiff,               )
13 | v.                             ) NOTICE OF MOTIONS:
                                   )
14 |                                ) (1)  TO COMPEL DISCOVERY;
   MARIO BARRON-GALVAN,            ) (2)  TO DISMISS INDICTMENT DUE
15 |                                )      TO MISINSTRUCTION;
          Defendant.               ) (3)  TO DISMISS INDICTMENT FOR
16 |                                )      FAILURE TO ALLEGE ELEMENTS
                                   ) (4)  TO STRIKE SURPLUSAGE; AND,
17 |                                ) (5)  FOR LEAVE TO FILE FURTHER
                                   )      MOTIONS
18 |_____)_____

19

20
   TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
21        WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

22       PLEASE TAKE NOTICE that on **January 28, 2008**, at 2:00 p.m., or as soon

23 thereafter as counsel may be heard, the defendant, Mario Barron-Galvan, by and through his

24 counsel, Robert Rexrode, will ask this Court to enter an order granting the following

25 motions.

26                                **MOTIONS**

27       The defendant, Mario Barron-Galvan, by and through his attorney, Robert Rexrode,

28 pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all

other applicable statutes, case law and local rules, hereby moves this Court for an order:

    1) to compel discovery;
    2) to dismiss the indictment due to misinstruction;
    3) to dismiss the indictment for failure to allege elements;
    4) to strike surplusage; and,
    4) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

                                        Respectfully submitted,

Dated: January 14, 2008         /s/ Robert H. Rexrode
                                      **ROBERT H. REXRODE, III**
                                      Attorneys for Mr. Barron-Galvan
                                      robert_rexrode@rexrodelawoffices.com