**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Mario Barron-Galvan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE MARILYN L. HUFF**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cr3469-H |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| MARIO BARRON-GALVAN, ) | |
| Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

day upon:

    William Hall, Assistant United States Attorney
    william.hall@usdoj.gov efile.dkt.gc2@usdoj.gov

    Respectfully submitted,

    /s/   Robert H. Rexrode

Dated: January 16, 2008

**ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com