1    KAREN P. HEWITT
     United States Attorney
2    WILLIAM A. HALL, JR.
     Assistant U.S. Attorney
3    California State Bar No. 235403
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-7046/(619) 235-2757 (Fax)
     Email: william.a.hall@usdoj.gov
6
     Attorneys for Plaintiff
7    United States of America

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Criminal Case No. 07CR3469-H
                                       )
11                       Plaintiff,    )   DATE:        January 28, 2008
                                       )   TIME:          2:00 p.m.
12              v.                     )   Before Honorable Marilyn L. Huff
                                       )
13   MARIO BARRON-GALVAN,              )   (1)   COMPEL DISCOVERY AND
                                       )         PRESERVE EVIDENCE;
14                    Defendant(s).    )   (2)   DISMISS INDICTMENT DUE TO
                                       )         MISINSTRUCTION OF THE
15                                     )         GRAND JURY;
                                       )   (3)   DISMISS INDICTMENT FOR
16                                     )         FAILURE TO ALLEGE
                                       )         ESSENTIAL ELEMENTS OF THE
17                                     )         OFFENSE;
                                       )   (4)   TO STRIKE SURPLUSAGE; AND
18                                     )   (5)   GRANT LEAVE TO FILE
                                       )         FURTHER MOTIONS
19                                     )
                                       )   TOGETHER WITH STATEMENT OF
20   _____)   FACTS AND MEMORANDUM OF
                                           POINTS AND AUTHORITIES
21

22          COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

23   Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

24   hereby files its Response to Defendant's Motions in the above-referenced case.  Said Response is

25   based upon the files and records of this case together with the attached statement of facts and

26   memorandum of points and authorities.

27   //

28   //

1

2      DATED: January 22, 2008.

3                                              Respectfully submitted,

4                                              KAREN P. HEWITT
                                               United States Attorney
5

6                                              s/ William A. Hall, Jr.
                                               WILLIAM A. HALL, JR.
7                                              Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2