```
                                        FILED
                                       APR 14 2008
                                   CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA
                                 BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>07CR3469-H</u> |
|---|---|---|
| Plaintiff, | ) | <u>S U P E R S E D I N G</u> |
| | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| MARIO BARRON-GALVAN, | ) | Illegal Entry (Felony); |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| Defendant. | ) | Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

In or about September 2007, within the Southern District of California, defendant MARIO BARRON-GALVAN, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on September 19, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 2

On or about October 21, 2007, within the Southern District of California, defendant MARIO BARRON-GALVAN, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on September 19, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: April 14, 2008.

KAREN P. HEWITT
United States Attorney

WILLIAM A. HALL, JR.
Assistant U.S. Attorney